# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JIMI P. McDONALD,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LOVELL. A. DALLAS, RICK DENSMORE and DERWIN L. RYKER,<br><br>Defendant(s). | CASE NO. 11-762-SCW |

## JUDGMENT IN A CIVIL CASE

Defendants **RICK DENSMORE** and **DERWIN L. RYKER**, were dismissed without prejudice on August 20, 2012 by an Order entered by Judge Michael J. Reagan (Doc. 12).

Defendant ROBERT LOVELL and A DALLAS were granted summary judgment on February 7, 2014 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 53).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **ROBERT LOVELL, A. DALLAS, RICK DENSMORE and DERWIN L. RYKER** and against plaintiff **JIMI P. McDONALD**.

Plaintiff shall take nothing from this action.

**DATED** this 7th day of February, 2014

> NANCY J. ROSENSTENGEL,
> Clerk of Court
>
> By: s//Angie Vehlewald
> Deputy Clerk

Approved by: s// Stephen C. Williams
STEPHEN C. WILLIAMS
United States Magistrate Judge